UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANTHONY DAVIS, | Case No. 1:08cv1245-BTM (BLM) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS'** |
| v. | **REQUEST FOR CLARIFICATION** |
| A. LYNN, et al., | [Doc. No. 24] |
| Defendants. | |

On February 16, 2010, Defendants filed a motion requesting clarification and modification of the Court's November 17, 2009 Case Management Order. Doc. No. 24. Defendants' motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Court clarifies that the **February 15, 2010** expert designation deadline applies to all expert witnesses, including medical experts, expected to be called at trial. Defendants may supplement their expert designation in response to Plaintiff's expert designation no later than **March 1, 2010.**

2. Defendants' attorney must obtain a hearing date for all motions filed before this Court. Despite this requirement, all motions will be taken under submission and no oral argument will be required

unless otherwise ordered by this Court. Because Plaintiff is incarcerated in a penal institution, he is excused from obtaining a hearing date before filing a motion. All oppositions to the motion must be filed and served no later than fourteen (14) calendar days before the hearing date. All replies must be filed and served no later than seven (7) calendar days before the hearing date.

3. Defendants' attorney may appear at the July 20, 2010 Mandatory Settlement Conference ("MSC") by phone. Defendants are excused from appearing at the MSC. Defendants' attorney is reminded that she must coordinate Plaintiff's appearance by telephone.

4. All other requirements, dates, and deadlines remain as previously set. See doc. no. 23.

**IT IS SO ORDERED.**

DATED: February 18, 2010

_____
BARBARA L. MAJOR
United States Magistrate Judge