# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# Fresno Division

| | |
|---|---|
| ANTHONY DAVIS<br>CDCR #T-48683,<br><br>                                   Plaintiff,<br><br>vs.<br><br>A. LYNN, et al.,<br><br>                                   Defendants. | Civil No.    1:08cv1245 BTM (BLM)<br><br>**ORDER DENYING DEFENDANTS'<br>REQUEST FOR COURT ORDER**<br><br>**[Doc. No. 26]** |

On June 14, 2010, Defendants filed a "Request for Court Order." [Doc. No. 26]. In this request, Defendants indicate that, upon reviewing the Court's docket, they are unable to locate "any order providing a summary of the law governing Plaintiff's obligations with respect to a motion for summary judgment." *See* Req. at 2. Therefore, the Defendants "respectfully request that the court issue an order containing this summary before the July 15, 2010 dispositive motion deadline." *Id.*

The Court is fully aware of its obligations with respect to the Ninth Circuit Court of Appeal rulings in *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) and *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988). However, Defendants have not filed a Motion for Summary Judgment nor have they notified the Court of their intention to file a Motion for Summary

1  Judgment. If Defendants file a Motion for Summary Judgment, the Court will issue the
2  appropriate Order. Until that time, Defendants' request is premature and therefore, it is
3  DENIED.
4  **IT IS SO ORDERED.**
5
6  DATED:  June 21, 2010

Honorable Barry Ted Moskowitz
United States District Judge