1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10                      FRESNO DIVISION

11

12   **ANTHONY DAVIS,**                 Case No. 1:08-CV-01245 BTM BLM

13                      Plaintiff,    **ORDER GRANTING MOTION TO**
                                      **MODIFY SCHEDULING ORDER**
14          **v.**

15

16   **A. LYNN, et al.,**

17                      Defendants.

18

19          In light of the pending motion for summary judgment, Defendants' motion to modify the

20   scheduling order is granted.  Instead of vacating the deadlines, as proposed by Defendants, the

21   Court modifies the dates as follows:  The final pretrial conference is scheduled for **February 22,**

22   **2011 at 3:30 p.m.**; the proposed pretrial order shall be lodged with Chambers by February 15,

23   2011; the parties must meet and confer regarding the contents of the pretrial order by February 1,

24   2011; Rule 26(a)(3) pretrial disclosures must be made by January 25, 2011.

25          Dated: October 21, 2010

26                                          Hon. Barry Ted Moskowitz

27

28