1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10                    FRESNO DIVISION

11

12   **ANTHONY DAVIS,**                    Case No. 1:08-CV-01245 BTM BLM

13                      Plaintiff,        ~~**[PROPOSED]**~~ **ORDER**

14        **v.**

15   **A. LYNN, et al.,**

16                     Defendants.

17

18          Good cause shown, Defendants' motion to modify the scheduling order is granted.  The

19   deadlines for pretrial disclosures, the parties to meet and confer regarding the contents of the

20   pretrial order, the proposed final pretrial order and written objections to the opposing party's

21   pretrial disclosures, and the date for the final pretrial conference, are vacated until further order of

22   the Court.

23

24

25   Dated:  January 26, 2011

26                                        The Honorable Barry Ted Moskowitz

27

28